# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>REY JADIEL RAMIREZ-MEDINA,<br><br>**Defendant.** | CRIMINAL NO. 17-73 (PG) |

## FINAL ORDER OF FORFEITURE

WHEREAS, defendant Rey Jadiel Ramirez-Medina was sentenced, and as part of the sentence, the Honorable Court ordered that defendant to forfeit his interest in the Taurus .357 Magnum revolver bearing serial number CY52050 and five (5) rounds of ammunition;

AND WHEREAS, on October 12, 2017, the Court entered a Preliminary Order of Forfeiture against defendant Rey Jadiel Ramirez-Medina forfeiting all his rights, titles, and interest in the property;

AND WHEREAS, the United States made a sufficient showing of the forfeitability of the property;

AND WHEREAS, on October 30, 2017, service of process was executed as to defendant Rey Jadiel Ramirez-Medina through his attorneys Eric A. Vos and Edwin A. Mora-Rolland and on November 8, 2017 through Certified Mail;

AND WHEREAS, the United States has complied with the due process posting notice on an official government internet site (www.forfeiture.gov) in accordance with Title 21, United

*Criminal No. 17-073 (PG)*

States Code, Section 853(n), on October 28, 2017, as required by law;

AND WHEREAS, by virtue of the plea agreement and criminal judgment, the United States is now entitled to possession of the property, free and clear, pursuant to Title18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure;

AND WHEREAS, any claims as to the property submitted at this time would be time barred;

NOW THEREFORE, IT IS **ORDERED, ADJUDGED AND DECREED** that defendant Rey Jadiel Ramirez-Medina shall forfeit to the United States all his rights, titles, and interest in the Taurus .357 Magnum revolver bearing serial number CY52050 and five (5) rounds of ammunition pursuant to Title18, United States Code, Section 924(d(1); Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure and no rights, titles, or interests to the property shall exist in any other party; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture is final as to defendant; and

IT IS FURTHER ORDERED that the properties shall be forfeited and disposed of according to law by the Immigration and Customs Enforcement-Homeland Security Investigations' (ICE-HSI).

The Clerk is directed to send copies of this Final Order of Forfeiture to Marc S. Chattah, Assistant U.S. Attorney, Torre Chardón, Suite 1201, 350 Carlos Chardón Street, Hato Rey, Puerto Rico 00918, and ICE-HSI.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 26th day of January, 2018.

                                      S/ JUAN M. PEREZ-GIMENEZ
                                      JUAN M. PEREZ-GIMENEZ
                                    UNITED STATES DISTRICT JUDGE